No. 90–562.   GETZ v. GETZ.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 90–564.   MORGAN v. ANR FREIGHT SYSTEM, INC.   C. A. 10th Cir.   Certiorari denied.

No. 90–565.   KRIZAK ET UX. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90–566.   HUMENIK v. OWENS-CORNING FIBERGLAS CORP.   C. A. 3d Cir.   Certiorari denied.

No. 90–568.   CRISP ET UX. v. RUBIN, TRUSTEE.   C. A. 8th Cir.   Certiorari denied.

No. 90–569.   NAACP, DETROIT BRANCH, ET AL. v. DETROIT POLICE OFFICERS ASSN. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90–570.   MCGINNIS v. ROSE.   C. A. 7th Cir.   Certiorari denied.

No. 90–571.   LEEDS v. MOSBACHER, SECRETARY OF COMMERCE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 90–573.   ARMISTEAD HOMES CORP. v. PINCHBACK.   C. A. 4th Cir.   Certiorari denied.

No. 90–574.   MIDLAND ENTERPRISES INC. ET AL. v. PILLSBURY CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–576.   PHILIPPINES, MICRONESIA & ORIENT NAVIGATION CO. v. NYSA–ILA PENSION TRUST FUND ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 90–580.   RAJARAM v. INTERNATIONAL TYPOGRAPHICAL UNION ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–585.   WILLIAMS, COMMISSIONER OF DEPARTMENT OF MOTOR VEHICLES OF VIRGINIA, ET AL. v. SATURN DISTRIBUTION CORP.   C. A. 4th Cir.   Certiorari denied.

No. 90–587.   CONE CORP. ET AL. v. HILLSBOROUGH COUNTY ET AL.   C. A. 11th Cir.   Certiorari denied.